IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IRON WORKERS LOCAL 383 HEALTH FUND and
MICHAEL GRIMSLID (IN HIS CAPACITY AS TRUSTEE),

                     Plaintiffs,                        ORDER

   v.

                                                    11-cv-491-wmc

REBAR PLACING TWO, LLC,

                     Defendant.

---

The court having entered an order on October 3, 2011 (dkt. #8), giving defendant

Rebar Placing Two, LLC until Oct. 26, 2011, to answer through counsel in compliance with

Fed. R. Civ. P. 11(a), having held a default hearing today, and the defendant having both

failed to answer or appear at the default hearing, now therefore, IT IS ORDERED that:

(1) clerk of court enter default against defendant;

(2) defendant shall have 21 days from date of service to file any opposition in writing through counsel to plaintiffs' proof of damages;

(3) the court will set a hearing on entry of default judgment should an opposition be filed or the court have questions regarding plaintiffs' proof; and

(4) absent a response or remaining questions, the court will enter an appropriate default judgment without further hearing.

Entered this 9th day of November, 2011.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge