IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IRON WORKERS LOCAL 383 HEALTH FUND and
MICHAEL GRIMSLID (in his capacity as Trustee),

Plaintiffs,

v.                                                          Case No. 11-cv-491

REBAR PLACING TWO LLC,

Defendant.

---

DEFAULT JUDGMENT

---

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendant in the above-captioned matter, Rebar Placing Two LLC, has failed to plead or otherwise defend as provided under the Fed. R. Civ. P.;

Judgment is hereby entered in favor of Plaintiffs, Iron Workers Local 383 Health Fund and Michael Grimslid, and against Defendant Rebar Placing Two LLC in the amount of $21,717.50, together with interest at the rate allowed by law.

Dated this 20th day of December 2011.

_____
William M. Conley, District Judge

Judgment entered this 21st day of December, 2011.

_____
Peter Oppeneer, Clerk of Court